No. 450, Misc. MAHURIN v. MORRIS. Supreme Court of Missouri. Certiorari denied.

No. 481, Misc. SELL v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 482, Misc. WATSON v. DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 483, Misc. CROWE v. ILLINOIS ET AL. Circuit Court of Will County, Illinois. Certiorari denied.

No. 469, Misc. DESIMONE v. MARONEY, ACTING WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 432, October Term, 1952. KENNEY v. WABASH RAILROAD CO., 344 U. S. 913. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

No. 538. GLENN L. MARTIN CO. v. NORTHWEST AIRLINES, INC. ET AL., ante, p. 937. Rehearing denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.